ORIGINAL



1  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2  Name  GOLDSTEIN                DARRYL          LEE
        ‾‾‾‾‾‾‾‾‾           ‾‾‾‾‾‾‾‾‾‾‾       ‾‾‾‾‾‾‾‾
3          (Last)              (First)          (Initial)

4  Prisoner Number ___P-79097_____

   Institutional Address ___SAN QUENTIN STATE PRISON SAN QUENTIN
5                            CA. 94964

6  ═══════════════════════════════════════════════════

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

8  DARRYL LEE GOLDSTEIN
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   (Enter the full name of plaintiff in this action.)

9                                              )
                 vs.                           )   Case No. _____
10                                             )   (To be provided by the clerk of court)
   ROBERT L. AYERS,Jr.                         )
11 _____                 )   **PETITION FOR A WRIT**
                                               )   **OF HABEAS CORPUS**
12 _____                 )
                                               )
13 _____                 )
                                               )
14 _____                 )
   (Enter the full name of respondent(s) or jailer in this action.)
15

16 ═══════════════════════════════════════════════════

   Read Comments Carefully Before Filling In

17 When and Where to File

18      You should file in the Northern District if you were convicted and sentenced in one of these

19 counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20 San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma.  You should also file in

21 this district if you are challenging the manner in which your sentence is being executed, such as loss of

22 good time credits, and you are confined in one of these counties.  Habeas L.R. 2254-3(a).

23      If you are challenging your conviction or sentence and you were not convicted and sentenced in

24 one of the above-named fifteen counties, your petition will likely be transferred to the United States

25 District Court for the district in which the state court that convicted and sentenced you is located.  If

26 you are challenging the execution of your sentence and you are not in prison in one of these counties,

27 your petition will likely be transferred to the district court for the district that includes the institution

28 where you are confined.  Habeas L.R. 2254-3(b).

1   <u>Who to Name as Respondent</u>

2         You must name the person in whose actual custody you are.  This usually means the Warden or

3   jailor.  Do not name the State of California, a city, a county or the superior court of the county in which

4   you are imprisoned or by whom you were convicted and sentenced.  These are not proper

5   respondents.

6        If you are not presently in custody pursuant to the state judgment against which you seek relief

7   but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8   custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9   was entered.

10   <u>A.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

11       1.  What sentence are you challenging in this petition?

12          (a)    Name and location of court that imposed sentence (for example; Alameda

13                County Superior Court, Oakland):

14        SAN MATEO COUTY SUP COURT   400 CXOUNTY CENTER

15           Court                  REDWOOD CITY CA 94063
                                       Location

16          (b)    Case number, if known _____ SC-058694A

17          (c)    Date and terms of sentence ___June 23, 2006___

18          (d)    Are you now in custody serving this term?  (Custody means being in jail, on

19                parole or probation, etc.)       Yes __x__   No _____

20             Where?  san quentin, ca

21             Name of Institution: __SAN QUENTIN STATE PRISON__

22             Address: __San Quentin, Ca__

23       2. For what crime were you given this sentence?  (If your petition challenges a sentence for

24   more than one crime, list each crime separately using Penal Code numbers if known.  If you are

25   challenging more than one sentence, you should file a different petition for each sentence.)

26       VIOLATION OF CALIFORNIA PENAL CODE SECTIONB 460(b)

27

28

PET. FOR WRIT OF HAB. CORPUS      - 2 -

3. Did you have any of the following?

    Arraignment:                         Yes **x**        No ____

    Preliminary Hearing:            Yes **x**        No ____

    Motion to Suppress:            Yes ____        No **x** ____

4. How did you plead?

    Guilty ____    Not Guilty ____    Nolo Contendere **x**

    Any other plea (specify) **No**

5. If you went to trial, what kind of trial did you have?

    Jury ____    Judge alone ____    Judge alone on a transcript ____

6. Did you testify at your trial?        Yes ____    No ____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment           Yes **x** ____    No ____

    (b)    Preliminary hearing     Yes **x**    No ____

    (c)    Time of plea          Yes **x**    No ____

    (d)    Trial                 Yes ____    No ____

    (e)    Sentencing           Yes **x**    No ____

    (f)    Appeal              Yes **x**    No ____

    (g)    Other post-conviction proceeding    Yes ____    No **x** ____

8. Did you appeal your conviction?        Yes **x** ____    No ____

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal           Yes **x** ____    No ____

        Year: **2006-07**    Result: **affirmed**

        Supreme Court of California    Yes **x**    No ____

        Year: **2007**    Result: **Pet For Review Denied**

        Any other court            Yes ____    No **x** ____

        Year: ____    Result: ____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

1    petition?                                          Yes _____    No_____

2       (c)    Was there an opinion?                    Yes _____    No_____

3       (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                        Yes _____    No_____

5              If you did, give the name of the court and the result:

6              _____

7              _____

8    9.  Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?    Yes _____    No_x____

10            [Note:  If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition.  You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28

15   U.S.C. §§ 2244(b).]

16      (a)    If you sought relief in any proceeding other than an appeal, answer the following

17             questions for each proceeding.  Attach extra paper if you need more space.

18      I.     Name of Court: __PETITIONER ANTICIPATES FILING_____
               For Habeas corpus relief in Ca. Sup Court
19             Type of Proceeding: on Ineffective Assistance_____
               of Appellate counsel
20             Grounds raised (Be brief but specific):

21             a._____

22             b._____

23             c._____

24             d._____

25             Result:_____Date of Result:_____

26      II.    Name of Court: _____

27             Type of Proceeding: _____

28             Grounds raised (Be brief but specific):

1      a._____

2      b._____

3      c._____

4      d._____

5      Result: _____ Date of Result:_____

6      III.    Name of Court: _____

7              Type of Proceeding: _____

8              Grounds raised (Be brief but specific):

9      a._____

10     b._____

11     c._____

12     d._____

13     Result: _____ Date of Result:_____

14     IV.     Name of Court: _____

15             Type of Proceeding: _____

16             Grounds raised (Be brief but specific):

17     a._____

18     b._____

19     c._____

20     d._____

21     Result: _____ Date of Result:_____

22     (b)     Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                          Yes _____    No_____

24             Name and location of court: _____

25     B. GROUNDS FOR RELIEF

26             State briefly every reason that you believe you are being confined unlawfully. Give facts to

27     support each claim. For example, what legal right or privilege were you denied? What happened?

28     Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

1   need more space.  Answer the same questions for each claim.

2       [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3   petitions may be dismissed without review on the merits.  28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4   499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5       Claim One:    THE TRIAL COURT ABUSED ITS DISCRETION

6                     IN NOT STRIKING PETITIONER's TWENTY

7                     EIGHT YEAR OLD PRIOR CONVICTION
    Supporting Facts:

8               PLEASE SEE

9

10

11   Claim Two:

12

13   Supporting Facts:

14

15

16

17   Claim Three:

18

19   Supporting Facts:

20

21

22

23       If any of these grounds was not previously presented to any other court, state briefly which

24   grounds were not presented and why:

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1      List, by name and citation only, any cases that you think are close factually to yours so that they

2 are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3 of these cases:

4         SEE ATTACHED MEMORANDUM OF LAW

5

6

7 Do you have an attorney for this petition?           Yes_____    No _X_

8 If you do, give the name and address of your attorney:

9

10     WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11 this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13 Executed on ___1/18/08___                _____

14           Date                       Signature of Petitioner

15

16

17

18

19

20 (Rev. 6/02)

21

22

23

24

25

26

27

28

Darryl Lee Goldstein
P-79097 1 N001 Lower
CSP, San Quentin
San Quentin, Ca 94964

MAILED FROM ZIP CODE 94964
02 1M
0004248283    JAN 22 2008
$ 04.60°
PITNEY BOWES
UNITED STATES POSTAGE

RECEIVED

JAN 2 4 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA
94102

Legal mail