DARRYL LEE GOLDSTEIN

P-79097 1 North 001 Lower

CSP, San Quentin

San Quentin, Ca.

94964

Petitioner Pro per



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing

CV 08 0748



| | |
|---|---|
| **DARRYL LEE GOLDSTEIN**<br><br>On Habeas Corpus | Case No _____<br>DECLARATION OF DARRYL LEE GOLDSTEININ IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS. |

I, DARRYL LEE GOLDSTEIN, hereby declare and state as follows;

1. I am the Petitioner in this action and have been proceeding as a indigent state prisoner.

2. I was the defendant in San Mateo County Superior Court case number SC-0556894 and the appellant in California Court of Appeal, First Appellate District, Division Two case number A-114400.

3. I am readily familiar with the records and files

(1)

as they relate to the Califorbia Courts.

4. The exhibits and other documents attached to this Declaration are a true and correct copy of what they purport to be.

5. Prior to my parole from state prison I worked diligently on putting together a positive re-entry plan for the San Francisco Bay Area.

6. I had anticipated paroling to San Mateo County where I had lived prior to my incarceration, however , at the last day I was instructed to report to Santa Clara County Parole Office.

7. I was ten housed at a Homeless Sheltor in San Jose where I had no support system.

8. By the time that I was able to convince parole officials to allow me to live in San Mateo County closer to the support system that I had put together , I had relapsed to alcohol .

10. At the time I committed the crime that is the basis for my conviction I was using alcohol excessively and had little , if any , sober periods.

11. However , after my arrest and incarceration I again went into recovery and attended meetings groups and other recovery related program at the San Mateo County Jail and continued my recovery work while confined here at San Quentin State Prion.

12. I have graduated from two Programs here at San Quentin **Addiction Recovert Counseling ( ARC )** and **TWELVE JEWISH STEPS TO RECOVERY**

13. That I have requested to be allowed to go directly into a Recovery program directly from state prison upon parole.

14. I have taken positive and effective steps to change my negative behaviors while incarcerated in state prison this time.

Pursuant to 28 U.S.C. Section 1746, I declare under the penalty of perjury that the foregoing is true and correct and that this Declaration was executed on  1\18\08 , 2008 at San Quentin State Prison.

_____
DECLARANT

(3)