DARRYL LEE GOLDSTEIN
P-79097 1 North 001 Lower
CSP, San Quentinm
San Quentin, Ca
94964

Petitioner Pro Per



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re DARRYL LEE GOLDSTEIN

On Habeas corpus

Case NO_____
CV 08 0748 SBA (PR)
PETITIONER'S REQUEST
STAY REVIEW PENDING
EXHAUSTION OF RELATED
CLAIMS IN THE STATE
SUPREME COURT.

TO THE HONORABLE PRESIDING JUDGE OF THE UNITED STATES
DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Petitioner DARRYL LEE GOLDSTEIN hereby request that this Court stay review of this Petition for Writ of Habeas Corpus pending the exhaustion of related claims now filed with the California Supreme Court . Petitioner has sought habeas corpus relief from the California supreme court on claims of ineffective assistance of both trial and appellate counsel. Those issue were not presented to the state courts prior to that .

**MEMORANDUM OF LAW**

It has been held that District Courts have the discretion to stay a mixed prtition to allow a petitioner to present his unexhausted claims to the state court in the first instance and then to return to the federal court for review of his

(1)

perfected Petition.

Petitioner plans to request that the claims then be amended to this Petition.

WHEREFORE it is respectfuly requested that this court isse and Order directing that review of this Petition be Stayed pending the exhaustion of the claims pending in the California Supreme Court and this Petition being Amended to include those exhausted claims.

Respectfully submitted

By _____
DARRYL LEE GOLDSTEIN
Petitioner Pro Per

DATED Jan 18, 2008