DARRYL LEE GOLDSTEIN
101 Hude Street
San Francisco
,CA
94102

Plaintiff Pro Se

Original

FILED
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

DARRYL LEE GOLDSTEIN
    PETITIONER

vcs.

ROBERT L. AYERS Jr.
    Respondent

Case No: CV08-0748 SBA

PETITIONER"s
MOTION TO WITHDRAW
REQUEST FOR STAY

_____

## BACKGROUND

On January 31, 2008, Petitioner caused to have filed a Request for Stay Pending Exhaustion of Related Claims In The State Supreme Court. Petitioner's has filed his filing fees in this case.

Petitioner has filed with this Court an address change .

## MEMORANDUM OF LAW

Petitioner has requested that this Court Stay its Review of the Petition that has been filed in this case. The Stay was requested based on the Petitioner's initial review of the post

(1)

conviction arguments to be presented to this court. After a more through review Petition finds that no further arguments or petitions should be filed in the State Court.

Thus, accordingly, petitioner request that the court not hold this case from timely review.

Respectfully submitted

By _____          May 16, 2008
Darryl Lee Goldstein
Petitioner Pro Per

(2)

CASE # __CV-08 0748 SBA__     CASE TITLE: __GOLDSTEIN VS AYERS__

PROOF OF SERVICE BY MAIL - CCP 1013a, 2015.5

STATE OF CALIFORNIA

COUNTY OF __San Francisco__

I am a citizen of the United States and resident of the county aforesaid; I am over the age of eighteen years and not a party to the within above entitled action; my (business) residence address is:

__101 Hude Street S.F. Ca 94102__

On __May 16, 2008__ (DATE), I served the within

__MOTION TO WITH DRAW REST FOR STAY__

on the __COURT /RESPONDENT__ (PLAINTIFF/DEFENDANT) in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at _____ addressed as follows:

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET 400 South Tower
Oakland, Ca 94612

I declare under penalty of perjury,* that the foregoing is true and correct, and that this declaration was executed on __May 16, 2008__ (Date) at __San Francisco, Ca__ (Place), California.

__DARRYL LEE GOLDSTEIN__
(Type or Print Name)         (Signature)

*proof of service by mail forms, being signed under penalty of perjury, do not require notarization.

(Rev. January 1, 1999)                                                                                MISC-275



SAN FRANCISCO CA
15 MAY 2008 PM

DARRYL LEE GOLDSTEIN
!)! Hyde Street
San Francisco, Ca
94102

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland Ca 94612