IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL GOLDSTEIN,<br><br>      Petitioner,<br><br>  v.<br><br>ROBERT L. AYERS JR., Warden,<br><br>      Respondent.                     / | No. C 08-00748 SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR RESPONDENT TO FILE ANSWER** |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition. Respondent now moves for an extension of time to file an answer. Good cause appearing, the request is GRANTED. Respondent's answer is due on **April 18, 2009**. Petitioner's traverse is due **sixty (60) days** after his receipt of the answer.

    This Order terminates Docket no. 10.

    IT IS SO ORDERED.

DATED: 2/11/09

                                                         SAUNDRA BROWN ARMSTRONG
                                                         UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Goldstein0748.EOT.wpd

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  DARRYL GOLDSTEIN,                              Case Number: CV08-00748 SBA

               Plaintiff,
5                                                 **CERTIFICATE OF SERVICE**
      v.
6
7  ROBERT L AYERS JR et al,

               Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on February 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
   in the Clerk's office.
13
14
15 Darryl Lee Goldstein
   101 Hyde Street
16 San Francisco, CA 94102

17
   Dated: February 12, 2009
18                                                Richard W. Wieking, Clerk
                                                  By: LISA R CLARK, Deputy Clerk
19
20
21
22
23
24
25
26
27
28

P:\PRO-SE\SBA\HC.08\Goldstein0748.EOT.wpd        2