1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3   DARRYL LEE GOLDSTEIN,                    No. C 08-0748 SBA (PR)

4              Petitioner,           **ORDER DIRECTING RESPONDENT TO SERVE**
                                     **COPIES OF ANSWER AND EXHIBITS ON**
5       v.                           **PETITIONER; AND GRANTING A SECOND**
                                     **EXTENSION OF TIME FOR PETITIONER TO**
6   ROBERT L. AYERS, JR., Warden,    **FILE TRAVERSE**

7              Respondent.
    _____/   (Docket no. 20)

8

9          Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus.  The Court

10  directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.

11  Respondent has filed an answer.  On June 5, 2009, the Court granted Petitioner's motion for an

12  extension of time to file his traverse.

13         Before the Court is Petitioner's "Request for Court's Assistance in Obtaining Respondents'

14  [sic] Reply Brief," in which he states that his copies of the answer and the exhibits attached to it

15  were "confiscated" by state parole agents.  The Court construes Petitioner's motion as a request for

16  an Order directing Respondent to serve Petitioner with the answer and the attached exhibits.  He also

17  requests a second extension of time to file a traverse.

18         Good cause appearing, Petitioner's request for an Order directing Respondent to serve him

19  with the answer and the attached exhibits is GRANTED.  Respondent shall serve Petitioner with a

20  copy of the answer and all the exhibits, which the Court assumes were previously lodged with the

21  answer, on or before **thirty (30) days** from the date of this Order.

22         Petitioner's request for a second extension of time to file a traverse is also GRANTED.

23  Petitioner shall file a traverse no later than **sixty (60) days** from the date this Order is filed.

24         This Order terminates Docket no. 20.

25         IT IS SO ORDERED.

26  DATED: _8/6/09_____          _Saundra B Armstrong_____
                                            SAUNDRA BROWN ARMSTRONG
27                                          UNITED STATES DISTRICT JUDGE

28

P:\PRO-SE\SBA\HC.08\Goldstein0748.Ans&Exhs&EOT-Trav.wpd

1

2 UNITED STATES DISTRICT COURT
FOR THE
3 NORTHERN DISTRICT OF
CALIFORNIA

4

5

6 DARRYL GOLDSTEIN,

Case Number: CV08-00748 SBA
7          Plaintiff,

**CERTIFICATE OF SERVICE**
8     v.

9 ROBERT L AYERS JR et al,

10          Defendant.
_____/

11

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.
13
That on August 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
14 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
15 receptacle located in the Clerk's office.

16

17
Darryl Lee Goldstein
18 101 Hyde Street
San Francisco, CA 94102
19

20 Dated: August 7, 2009

Richard W. Wieking, Clerk
21 By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28